IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED 2017 AUG -3 PM 3: 25

THOMAS M. GOULD
CLERK US DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Cr. No. 17-I-027-SHO |
| ) | 17-20243-SHL |
| vs ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 373 |
| PATRICIA PARSONS, ) | |
| Defendant. ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

Between on or about February 16, 2017 and on or about May 1, 2017, in the Western District of Tennessee and elsewhere, the defendant,

### PATRICIA PARSONS

aided and abetted by others known to the United States Attorney, with the intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and endeavor to persuade another person to engage in such conduct, that is Kidnapping in violation of Title 18, United States Code, Section 1201; all in violation Title 18, United States Code, Sections 373 and 2.

DATE: August 3, 2017

_____  Deputy Criminal Chief for
**LAWRENCE J. LAURENZI**
**Acting United States Attorney**