IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 17-20243-SHL / 17-I-027-SHL |
| vs. | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 373 |
| PATRICIA PARSONS, | ) |
| Defendant. | ) |

# NOTICE OF PENALTIES

## COUNT ONE

[nmt 20 yrs. imprisonment; nmt $125,000 fine, or both; nmt 5 yrs. supervised release; $100 mandatory special assessment, see 18 U.S.C. §3013 (a)]