IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 8-31-2017
TIME: 3:09 PM
INITIALS: J.H.

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. )  Criminal No. 17-I-027-SHL
)
PATRICIA PARSONS, )
)
    Defendant. )

## PLEA AGREEMENT

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the attorney for the United States, the attorney for PATRICIA PARSONS, and PATRICIA PARSONS have reached an agreement that contemplates the entry of a plea of guilty by PATRICIA PARSONS in this case. The full and complete plea agreement is as follows:

1. PATRICIA PARSONS agrees that she will enter a voluntary plea of guilty to **Count 1** of the above Information, charging a violation of 18 U.S.C. § 373 and § 2.

2. PATRICIA PARSONS agrees that she is pleading guilty because she is in fact guilty of the above referenced offense(s).

3. PATRICIA PARSONS acknowledges that she has been advised and does fully understand the following:

    a. The nature of the charges to which the plea is offered and the maximum possible penalty provided by law;

    b. That she has the right to indictment and trial by jury and at that trial she has the right to the assistance of counsel, the right to confront and cross-examine witnesses against her, and the right not to be compelled to incriminate herself; and,

   c.   That if she pleads guilty, there will not be a trial of any kind, so that by pleading guilty, she waives the right to a trial.

4. PATRICIA PARSONS understands that the offense to which she is pleading guilty is subject to consideration of the provisions and guidelines of the "Sentencing Reform Act of 1984" and that the applicable advisory guidelines are contained in the United States Sentencing Guidelines Manual.

5. The United States agrees, provided the defendant commits no new criminal offenses following entry of her guilty plea, and if in the opinion of counsel for the United States at time of sentencing, the defendant has demonstrated that she has accepted responsibility for her criminal conduct, to recommend that the defendant receive the maximum applicable reduction for acceptance of responsibility. The United States agrees not to move for an upward departure or variance and to recommend a sentence that does not exceed the low end of the guidelines. Any attempt by the defendant to withdraw her plea of guilty, or if the defendant commits any new criminal conduct, will be considered a breach of this plea agreement, and upon such breach the United States will be relieved of all obligations and restrictions imposed by the terms of this agreement, and will be free to seek further charges and more extensive sentences in these matters.

6. The defendant understands that 18 U.S.C. § 3742 gives her the right to appeal the sentence imposed by the Court. Acknowledging this, the defendant knowingly and voluntarily waives her right to appeal any sentence imposed by the Court and the manner in which the sentence is determined so long as the sentence does not exceed the low end of the advisory guideline range as calculated by the Court. The defendant also waives her right to challenge the voluntariness of her guilty plea. These waivers are made in exchange for the concessions made by the United States in this plea agreement. Such waivers do not apply, however, to claims of prosecutorial misconduct or ineffective assistance of counsel.

7. PATRICIA PARSONS agrees that this plea agreement constitutes the entire agreement between her and the United States and that no threats or other promises have been made to induce her to plead guilty.

8. There has been no representation made whatsoever by any agent or employee of the United States as to what the final disposition of this matter will be.

9. PATRICIA PARSONS agrees to pay a mandatory $100.00 special

2

assessment for each count to which she is pleading guilty and to provide a receipt for this payment to the United States Attorney prior to sentencing.

10. PATRICIA PARSONS has discussed the terms of the foregoing plea agreement with her attorney and is satisfied with her attorney and his advice and counsel. Being aware of all the possible consequences of her plea, PATRICIA PARSONS has independently decided to enter her plea of guilty of her own free will, and affirms this agreement on the date and by her signature below.

FOR THE UNITED STATES

LAWRENCE J. LAURENZI
Acting United States Attorney

_____          8-31-17
STEPHEN P. HALL                    Date
Assistant United States Attorney
800 Federal Building, 167 North Main
Memphis, TN  38103
(#016720 Tennessee)

_____          8-31-17
JEFFREY JONES                      Date
Attorney for PATRICIA PARSONS

_____          8-31-17
PATRICIA PARSONS                   Date
Defendant

3