IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Criminal No. 17-CR-20243-SHL

PATRICIA PARSONS,

    Defendant.

---

**POSITION OF DEFENDANT, PATRICIA PARSONS,
WITH RESPECT TO SENTENCING FACTORS**

---

The Defendant, through her attorney, takes the following position with respect to the sentencing factors set forth in the Presentence Investigation Report.

1.    The Defendant acknowledges that she has reviewed the Presentence Investigation Report (PSR), as has her attorney.

2.    The Defendant agrees that the PSR is accurate.

3.    The Defendant agrees that the imposition of the sentence, per 18 U.S.C. 3553, should be consistent with the recommended sentence of the PSR.

1

Respectfully Submitted,

/s/ JEFFREY JONES
Jeffrey Jones (#5776)
Attorney for Defendant
6540 Stage Road
Bartlett, TN  38134
(901) 386-1207

CERTIFICATE OF SERVICE

I certify a copy of this Filing was electronically sent to all interested parties, this the __13th____ day of __November__ , 2017.

/s/ Jeffrey Jones (#5776)
Jeffrey Jones