17-20243

Judge Sheryl H. Lipman
Federal Building
167 North Main Street 9th Floor
Memphis, TN 38103

Judge Lipman,

In all of my discussions with Mrs. Pat Parsons, I believe her to be a God fearing Christian lady who loves her husband. I run a small Christian prison ministry in Texas and I would please ask that you consider leniency during the sentencing of Mrs. Parsons. I have learned from our numerous discussions that she loves God, loves her husband and loves her animals. Her life has already been turned upside down and I ask that you show mercy during the sentencing of Mrs. Pat Parson.s

Rudy Davis
PO Box 2088
Forney, TX. 75126
972-839-9848

*[signature]*

RECEIVED
17 NOV 17 PM 2:09
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS