12th November

Judge Lipman,

I informed myself on the Parsons case. I do believe they're innocent of the crimes they get accused of as i critically questioned the side which is against the Parsons. I believe her to be a God fearing Christian lady who loves her husband and would not do anything harmful to anyone. I would ask that you consider leniency during the sentencing of Mrs. Parsons. I watch the Videos uploaded by Mr. Davis who runs the prison ministry. Thats how i learned about the parsons. I know that Mrs. Parsons plead guilty because she got threatend. The people who threatend wanted to kill her animals. Thats the reason. Her life has already been turned upside down and I ask that you show mercy during the sentencing of Mrs. Pat Parsons.

Von:
Betül Kizmaz
Pettenkofer Str. 21
90449 Nürnberg,
Germany

PRIORITY
PRIORITAIRE / LUFTPOST

An: Judge Sheryl H. Lipman
Federal Building
167 North Main Street
9th Floor
Memphis, TN 38103
USA


NÜRNBERG
www.christkindlesmarkt.de


90 Deutschland
Johanniskraut