12/8/17

Honorable Sheryl H. Lipman
Federal Building
167 North Main Street 9th Floor
Memphis, TN 38103

William Cullum
510 W. 5th St.
Hugoton, KS 67951

RE: USA v. Patricia Parsons, 0651 2:17CR20243-001

Honorable Sheryl H. Lipman,

I humbly ask that you give Mrs. Parsons a light sentence. She has lost her long time engineering job, her animals will all need new owners, and with no one to maintain the property where she lives the Parson Family will lose that as well. Please give a light sentence so she will have enough life left to rebuild and be a productive part of society again.

Respectfully,

William Cullum