05/08/2017  12:45   2503986518                STAPLES STORE 172              PAGE  01/14
From:                                             05/05/2017 11:42    #270 P.002/002



April 24, 2017

All Authorities of the United States of America

RE: Ambassador and Associate Chief Justice Michael Parsons

To Whomever It May Concern:

Ambassador and Associate Chief Justice Michael Parsons is a Tsilhqotin Tribal member and a member of the Chilcotin National Congress in the Country of Chilcotin (formerly British Columbia, Canada). Michael Parsons is <u>not</u> a US citizen.

Michael Parsons has diplomatic immunity based on the appointment to the position of Ambassador by Hereditary Grand Chief of the Tsilhqotin Nation, Country of Chilcotin, Stanley Stump, Sr. on January 01, 2016 and based on the Vienna Convention on Diplomatic Relations, Article 89, which states that upon appointment by the Country to the position of Ambassador, they are recognized and have diplomatic immunity.

Ambassador Michael Parsons has been exonerated of all prior convictions and charges from the United States, by the Universal Supreme Court of the Chilcotin which under the rules of reciprocity and the Constitution of the Chilcotin National Congress (www.universalsupremecourt.org) must be upheld by the United States and abroad.

Therefore, based on all of the above, I, Hereditary Grand Chief Stanley Stump, Sr. request the immediate release of Ambassador Michael Parsons from detention, in accordance with the Vienna Covention on Diplomatic Relations.

*[signature]*

Hereditary Grand Chief Stanley Stump, Sr.

Box 228, Highway 20, Alexis Creek, BC  V0L 1A0     Phone/ : (250) 394-7042





PO Box 115, Anahim Lake, BC, Canada V0L 1C0
Ph: 250-394-7042 or 250-305-8704

## Tsilhqot'in Nation's Letter of Appointment to Tribal Membership

Pursuant to the *Universal Supreme Court Act* section 15, Practice Directives of Chief Justice, Rule 3 and by virtue of Michael Wayne Parsons appointment as Associate Justice of the Universal Supreme Court of the Tsilhqot'in, full Tribal Membership to the sovereign Tsilhqot'in Nation of the sovereign Tsilhqot'in Territory, with all rights, privileges and responsibilities of the sovereign Tsilhqot'in Nation is hereby conferred. Full tribal membership is also hereby conferred upon the family of Michael Wayne Parsons as per Rule 3 of Practice Directives of the Chief Justice of the Universal Supreme Court.

This Tsilhqot'in Nation's Letter of Appointment authorizes and enables you and your family to travel freely without interference, obstruction or restraint across borders as an Internationally Protected Person having full Diplomatic Immunity and protections afforded under the *Vienna Convention of Diplomatic Relations*, the *Jay Treaty* and the *Constitution of the Tsilhqot'in Nation*.

It is hereby enjoined upon you as Associate Justice of the Universal Supreme Court and full Tribal Member of the Tsilhqot'in Nation to serve the Tsilhqot'in people with pride, devotion and sincerity, abiding by the laws and jurisdiction of the sovereign Tsilhqot'in Nation. We hereby congratulate you on your appointment as Associate Justice and therefore a full Tribal Member of the host Tsilhqot'in Nation and with great pleasure welcome you and your family as a permanent adopted relation!

Dated: December 13, 2015

Respectfully,

The Honourable Chief Justice of the
Universal Supreme Court of the Tsilhqot'in





# Ambassador Michael Parsons, ACJ (USCT)
# Tsilhqot'in Nation, Country of the Chilcotin
# Bio

I have a Mechanical Degree from Southwest College, I was a Special Missions Pilot and Officer in the United States Air Force Civil Air Patrol, a former Special Deputy with the Shelby County Tennessee Sheriff, a former Manager with Federal Express over Aircraft and Trucking operations in East Tennessee, an Adjunct Faculty Member at Southwest College, Licensed General Contractor, Licensed Building Inspector and a Radio Talk Show Host on The Voice of Truth with Mike Parsons.

The Voice of Truth is radio ministry dedicated to exposing corruption in government and restoring our Constitutionally recognized God given rights and teaching my fellow American how to be independent, self-sufficient and self-governing. As a man of faith, I was saved at 5, baptized at 8 and now as an Ordained Minister by the Native American Church of Nemenhah and recognized as a medicine man and traditional leader. My way is focused on practicing and promoting reliance on our Creator's ways of natural health care, living independent, self-governed and in harmony with all of God's creation.

I am a farmer and with my wife of 30 years, Mrs. Parsons and I raise organic hay, dairy goats, horses, rabbits, chickens and for 38 years I have raised wolves. I have worked to educate the public and dispel the false myths that wolves are dangerous to man and have provided wolves to autistic children and families seeking the world's best family companion animal.

Mrs. Parsons and I have raised our son in ministry and music and he has attained many successes in both including performances at Julliard Music Conservatory, a Music Minister and conductor for several churches and Orchestras. He has traveled the world playing music and now is the Director of Bands for the largest private Christian School in America.

In 2015 I was adopted into the Tsilhqot'in Nation as a full tribal member and appointed to the position of Associate Chief Justice for efforts with getting their children back from the Canadian government. Like the corporations posing as government here, Canada profits off the backs of the people including Native American children they kidnap for a $300,000 profit per child they use to balance their books.

On January 1, 2016, I was appointed Ambassador of the sovereign Tsilhqot'in Nation, Country of the Chilcotin, working to restore the native children kidnapped by the Canadian Child Ministries by creating a billion dollar timber deal that would provide jobs for all Chilcotin tribal members, as well as people from Tennessee involved in the production, harvesting and management of Tsilhqot'in timber resources. In the Summer of 2016, I was honored to serve notice of the new County of the Chilcotin upon the U.N., seeking peaceful relations with the people of the world.

Political Experience:

- 1994, Republican nominee for District 99 State Representative
- 2006, candidate for Tipton County Executive


