PETITIONER

BY SPECIAL APPEARANCE ONLY

AMBASSADOR Michael Parsons of THE TSILHQOT'IN NATION, COUNTRY OF THE CHILCOTIN, A LIVE MAN UNDER DURESS, WITHOUT PREJUDICE

TO THE CLERK OF THE U.S. DISTRICT COURT AT MEMPHIS

GREETING CLERK OF THE COURT,

PLEASE FILE THIS PETITION IN THE MATTER OF UNITED STATES OF AMERICA V. PATRICIA PARSONS. PLEASE BRING THIS TO THE ATTENTION OF JUDGE LIPMAN AS SOON AS POSSIBLE. THANK YOU.

RESPECTFULLY, WITHOUT PREJUDICE

AMBASSADOR Michael Parsons
TSILHQOT'IN NATION - COUNTRY OF THE CHILCOTIN