# RETURNED MAIL

**CASE NO: 2:17CR20243083-SHL**

Patrica Parsons
444 Hughes Road
Brighton, TN38011



RECEIVED
18 FEB 16 PH 2:07
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN/MEMPHIS

------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:17CR20243-SHL |
| | ) |
| PATRICIA PARSONS, | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION TO DELAY SURRENDER
### and
### AMENDED ORDER TO SURRENDER

This matter came to be heard upon the motion to delay surrender to the Bureau of Prisons. For good cause shown, the motion is **GRANTED**.

The defendant **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI Aliceville, 11070 Highway 14, Aliceville, AL 35442** by **2:00 p.m.** on **TUESDAY, FEBRUARY 20, 2018**.

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**IT IS SO ORDERED**, this the 16th day of January, 2018.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

## ACKNOWLEDGMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed and acknowledged before me _____

_____        _____

**Clerk/Deputy Clerk**                                **Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:17CR20243-SHL |
| | ) |
| PATRICIA PARSONS, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO DELAY SURRENDER**
and
**AMENDED ORDER TO SURRENDER**

This matter came to be heard upon the motion to delay surrender to the Bureau of Prisons. For good cause shown, the motion is **GRANTED**.

The defendant **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI Aliceville, 11070 Highway 14, Aliceville, AL 35442** by **2:00 p.m.** on **TUESDAY, FEBRUARY 20, 2018**.

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**IT IS SO ORDERED**, this the 16th day of January, 2018.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

